NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA RAMOS | NO: CV 10-01730 LB |
| Plaintiff, | **ORDER REGARDING FAILURE TO E-FILE** |
| v. | |
| JOSE LUIS JUAREZ, ET AL. | |
| Defendant. / | |

This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI of which requires that all documents in such a case be filed electronically. Our docket reflects that the Complaint, docket #1, Summons, docket #2, and the Civil Cover Sheet was not filed electronically.

IT IS HEREBY ORDERED that counsel for Plaintiff e-mail the above mentioned document to the Court in Portable Document Format ("PDF") format within 10 days, as an attachment in an *e-mail* message directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges** button and follow the procedure listed there). Do *not* e-file a document which has been previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.

Failure to comply with this order may result in the imposition of monetary or other sanctions on a daily basis until the failure to comply with the General Order has been remedied.

Dated: May 24, 2010   _____
LAUREL BEELER
United States Magistrate Judge