ADAM PEDERSEN (STATE BAR NUMBER 261901)
ADAM WANG (STATE BAR NUMBER 201233)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:  408-416-0248

Attorney for Plaintiffs
Silvia Ramos

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Silvia Ramos,<br><br>          Plaintiffs,<br><br>     vs.<br><br>Zapaterias Gaby, Jose Luis Juarez and Gabriela Juarez, and DOES 1-10<br><br>          Defendants | Case No.: C10 – 1730 LB<br><br>**PLAINTIFF'S MOTION TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE;** *and*<br><br>[PROPOSED] **ORDER**<br><br><u>Initial CMC Date and Time</u><br><br>**Date:** 8/5/2010<br>**Time:** 1:30 PM<br>**Place:** Courtroom 4, Oakland, CA |

    Plaintiff, Silvia Ramos, hereby submits the following request to continue the initial case management conference, currently set for the above date and time, for 30 days for the following reasons:

1.  This is an action on behalf of Silvia Ramos, employed on Hourly basis by Defendants, Zapaterias Gaby, Jose Luis Juarez and Gabriela Juarez, and DOES 1-10 for some time

1

**MOTION TO CONTINUE INITIAL CMC**

during the last four years prior to the filing of this Complaint, seeking damages arising from their employer's failure to pay overtime as required by the Fair Labor Standards Act and the California Wage Orders and statutes. Plaintiffs seek compensatory damages for unpaid wages under California Labor Code and Wage Orders, liquidated damages under 29 U.S.C. §216(b), damages for missed meal/rest period premiums, waiting time penalties under California Labor Code § 203, damages for inadequate pay statements under California Labor Code Section 226, and attorney's fees, costs, pre judgment interest pursuant to California Labor Code § 1194(a) and 29 U.S.C. § 216(b), and restitution under California Unfair Trade Practices Act under California Business and Professions Code § 17203.

2. Sometime after the filing and service of her complaint, Plaintiff was contacted by counsel for Defendants with a request for an extension of time to file a responsive pleading. Such an extension was granted.

3. Parties then conferred again, about two weeks ago. At that time, counsel for Defendants made clear Defendants' intent to settle the matter without the need for any further litigation.

4. Parties also agreed that, should they not be able to settle the matter on their own, they would be amenable to then setting case management deadlines and stipulating to participation the court's mediation program.

5. Therefore, in order to allow the parties the opportunity to attempt to resolve the matter on their own, without the necessity of court action, the Plaintiff respectfully requests that the Court continue the initial CMC for 30 days, to the date and time stated in the following proposed order.

Dated:  July 30, 2010                    By:      /s/Adam Pedersen
                                                  Adam Pedersen
                                                  Law Office of Adam Wang
                                                  Attorneys for Plaintiff

**MOTION TO CONTINUE INITIAL CMC**

_____

**[PROPOSED] ORDER**

Pursuant to Plaintiff's motion, the Court hereby continues to the initial case management conference for a period of 30 days from the current date of 8/5/2010 at 1:30 PM to 9/9/2010 at 1:30 PM.

DATED: August 2, 2010                    SIGNED:_____

                                                    HON. LAUREL BEELER
                                                    CAND Magistrate Judge

3

**MOTION TO CONTINUE INITIAL CMC**