**United States District Court**
For the Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5

6

7  SILVIA RAMOS,

8           Plaintiff(s),                    No. C 10-1730 PJH

9      v.                                    **ORDER TO SHOW CAUSE**

10  JOSE LUIS JUAREZ, et al.,

11          Defendant(s).
                                          /
12  _____

13       This action was filed on April 22, 2010 and reassigned to the undersigned judge on

14  October 14, 2010.  On October 26, 2010, an order was filed setting this case for case

15  management conference on December 9, 2010.  That order directed the filing of a joint

16  case management statement not less than seven days before the conference.  Additionally,

17  Civil Local Rule 16-3 requires the attendance of lead counsel at case management

18  conferences absent leave of court.

19       No joint statement was filed as ordered seven days in advance of the conference.

20  Instead, plaintiff filed a separate statement one day in advance of the conference.  No one

21  appeared for defendant at the conference, and Adam Wang appeared for plaintiff, even

22  though the statement was filed by Adam Pedersen.  Mr. Wang represented that Mr.

23  Pedersen was lead counsel and was in a mediation elsewhere.

24       Given this inauspicious beginning, the court hereby orders plaintiff's lead counsel,

25  Mr. Pedersen, to show cause why sanctions should not be imposed for his failure to appear

26  as ordered, or to obtain a continuance to enable his appearance, or to obtain leave of court

27  to send another attorney unfamiliar with the case, and for his failure to file a timely and joint

28  case management statement.  Defendants are ordered to show cause why sanctions

1   should not be imposed for their failure to appear or to file a case management statement

2   jointly or separately.

3          The hearing on the Order to Show Cause will take place on Thursday December 16,

4   2010 at 2:00 p.m.  A failure to appear will result in monetary sanctions and may also take

5   the form of dismissal or default.

6          **IT IS SO ORDERED.**

7   Dated: December 9, 2010

8                                                      _____
                                                       PHYLLIS J. HAMILTON
                                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2