ADAM WANG (STATE BAR NUMBER 201233)
ADAM PEDERSEN (STATE BAR NUMBER 261901)
LAW OFFICES OF ADAM WANG
12 S First Street, Suite 708
San Jose, CA 95113
Tel:  408-292-1040
Fax:   408-416-0248

Attorney for Plaintiff
Silvia Ramos

UNITED STATES FEDERAL COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Silvia Ramos,<br><br>             Plaintiff,<br><br>      vs.<br><br>Jose Luis Juarez and Gabriela Juarez,<br><br>individuals, *dba* Zapateria Gaby a/k/a<br><br>Zapateria's Gaby and DOES 1-10<br><br>        Defendants | Case No.:  4-10-cv-01730 PJH<br><br>**PLAINTIFF'S MOTION TO CONTINUE THE CASE MANAGEMENT CONFERENCE; and**<br><br>[~~PROPOSED~~] ORDER |

Plaintiff Silvia Ramos, through counsel, submits the following case management statement:

1. On 12/16/2011, parties conducted the Initial Case Management Conference.

2. At this conference, parties stated their intent to settle the matter without further litigation, in large part because of the Defendants' stated financial condition.

3. Therefore, the Court referred the matter to the Court's ADR program, and set a further CMC for 3/31/2011.

1

**REQUEST TO CONTINUE**

1  4. However, shortly before the date set for mediation on about 2/28/2011, Plaintiffs counsel
2      received a phone message from the Defendants themselves stating they were no longer
3      represented by counsel and were seeking Bankruptcy protection.
4  5. Plaintiff's counsel therefore contacted counsel for the Defendants to inquire further and
5      to determine if the Defendants intended to proceed with the scheduled mediation.
6  6. Counsel for Defendants informed Plaintiff's that his clients had told him they no longer
7      wanted his representation and were going to file bankruptcy.
8  7. Plaintiff's counsel then contacted the Defendants directly and was informed by the
9      Defendants that they had already retained bankruptcy counsel.
10 8. Defendants stated that they had already completed the initial documents and had "signed
11     the papers" to begin the bankruptcy process.
12 9. Plaintiff's counsel asked whom was representing them in the bankruptcy process and the
13     Defendants replied that they did not have the name or contact information of the attorney
14     on hand and would have to check their records at home.
15 10. Plaintiff has now received this information from the Defendant.
16 11. Plaintiff has contacted bankruptcy counsel for the Defendant and confirmed Defendant
17     has initiated the filing process and the filing of bankruptcy appears imminent.
18 12. Therefore, Plaintiff files this request to continue the 4/28/2011 Case Management
19     Conference for 30 days
20 13. Plaintiff respectfully requests that the current Case Management Conference, set for
21     4/28/2011, be continued until 5/26/2011 in light of the pending bankruptcy filing.

Dated: April 22, 2011

By:   /s/ Adam Pedersen
       Adam Pedersen
       Attorney for Plaintiff

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, pursuant to Plaintiff's request the Case Management Conference set for 4/28/2011 is hereby continued until 5/26/2011, during which time Defendants are to file a notice of stay upon filing of bankruptcy.

**IT IS SO ORDERED.**

Dated: __April 26__, 2011        By: _____

Hon. Phyllis J. Hamilton
United States District Judge

**REQUEST TO CONTINUE**