UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILVIA RAMOS,

      Plaintiff(s),                       No. C 10-1730 PJH

      v.                               **ORDER TO SHOW CAUSE**

JOSE LUIS JUAREZ, et al.,

      Defendant(s).

_____/

On December 16, 2010, counsel for both parties were advised that a case management conference ("CMC") would be held on March 31, 2011. On March 28, 2011, the court granted plaintiff's motion to continue the CMC until April 28, 2011. On April 26, 2011, the court granted plaintiff's second request for a continuance and the CMC was continued to May 26, 2011. On May 26, 2011, plaintiff appeared at the CMC, but neither defendants nor their counsel of record appeared. Plaintiff's counsel represented that defendants had expressed their intention of terminating their counsel and of filing for bankruptcy and that he had no way of contacting defendants directly. As the court similarly has no address for defendants, this order may only be e-filed on the docket with notice to counsel of record, who has not withdrawn or been substituted out of the case.

Accordingly, the court issues this ORDER TO SHOW CAUSE why sanctions should not be imposed on either or both defendants and their counsel for failing to appear as ordered at the case management conference. Defendants are further advised that sanctions may take the form of entry of their default.

A hearing on the ORDER TO SHOW CAUSE will be held on June 30, 2011 at 2:00 p.m. Defendants must appear in person or through counsel or risk the sanctions described above.

IT IS SO ORDERED.

Dated: May 26, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge