UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SILVIA RAMOS,

    Plaintiff,

    v.

JOSE LUIS JUAREZ, et al.

    Defendants.
_____/

No. C 10-1730 PJH

**JUDGMENT**

This matter having been fully considered, and the court having granted plaintiff's motion for default judgment,

It is Ordered and Adjudged

that judgment be entered in favor of plaintiff Silvia Ramos,

and that plaintiffs recover of defendants Jose Luis Juarez and Gabriela Juarez, the sum of $60,086.00.

**IT IS SO ORDERED**.

Dated: October 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge